FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE
CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION
UNDER 28 U.S.C. § 1343

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

Naszier Napoleon
[Enter above the full name of
the plaintiff in this action]

v.                                              Docket no.

Penebscot County Jail, Sgt. Libby,
Sgt. Tripp, C/o Smith, C/o Babcock

[Enter above the full name of
the defendant(s) in this action]

I.  Previous Lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes [ ]   No [X]

   B.  If your answer to "A" is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline]

      1. Parties to this previous lawsuit

         Plaintiff(s)   _____

         Defendant(s)   _____

      2. Court [If federal court, name the district; if state court, name the county]

         _____

      3. Docket number   _____

    4. Name of judge whom case was assigned _____

    5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] _____

    6. Approximate date of filing lawsuit _____

    7. Approximate date of outcome _____

II. Place of present confinement **Two Bridges Regional Jail**

    A. Is there a prisoner grievance procedure in this institution?
    Yes [X]   No [ ]

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes [X]   No [ ]

    C. If your answer is "Yes"

       1. What steps did you take? **I filled out grievances before being boarded to Two Bridges of Wiscassett, ME as well as being interviewed by det. Jorden Norton of Penobscot Sheriff dept.**

       2. What was the result? **There was a investigation conducted by Penobscot Sheriff Dept. (Jordan Norton)**

III. Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff **Naszier Napoleon**

   Address **522 Bath Road, Wiscassett, ME, 04578**

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

B. Name of Defendant **Penebscot County Jail**

   Position **Jailer**

   Address **85 Hammond Street, Bangor, ME 04401**

C. Additional Defendant(s) Sgt. Lucas Libby, Sgt. Tripp, C/O Babcock, C/O J. Smith of Penobscot County Jail

IV. Statement of Claim

[State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

On 10-23-2022 approx. 10am, I was assaulted by correctional officers after asking Sgt. Tripp to cut on the telephones within the B pod location lower level of Penobscot jail followed by C/O J. Smith, C/O Babcock and Lucas Libby. I was punched and choked multiple times. No training was executed by mace or tazer only lethal blows. A probtly after I was assaulted once more in the elevator while

V. Relief

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

I would like the court to press charges of assault on all officers involved as well as hold jail accountable for wrong treatment of detainee. Also, I'd like hospital bills paid and monetary damages be awarded to the plaintiff.

Nazzir Napoleon
Signature of Plaintiff

Signed this 18 day of June, 2023

I declare under penalty of perjury that the foregoing is true and correct.

06-18-2023
Date

Nazzir Napoleon
Signature of Plaintiff

To whom it may concern the jail would not fill out the inmate account information portion of the 1983 packet. However, if there is a filing fee please instruct me on how to make payment arrangement for the process. I'd like justice to be served appropriately. In addition, a notice to preserve the evidence on the given date of the assault (10-22-2022) was sent to Penobscot County Sheriff's office and was received by Detective Jordan Norton. Also, a notice of tort Claims Act was served.

Best Regards,
Naszier Napoleon
6-18-2023