UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NASZIER NAPOLEON, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) 1:23-cv-00256-JAW |
| PENOBSCOT COUNTY JAIL, et al., | ) ) ) |
| Defendants | ) |

**ORDER WITHDRAWING RECOMMENDED DECISION**

On July 26, 2023, I recommended the Court dismiss Plaintiff's complaint due to his failure to comply with a court order and otherwise to prosecute his claim. (Recommended Decision, ECF No. 5.) In his objection to the recommended decision, Plaintiff seeks in part the withdrawal of the recommended decision. (ECF No. 11.) Through his objection, Plaintiff has demonstrated that his failure to comply with or respond to the Court's order was not the result of a lack of interest in prosecuting the case nor a deliberate disregard for the court process. I withdraw the recommended decision. Plaintiff may proceed with his claim.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 18th day of August, 2023.